UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   BONITA B. PHILLIPS, Debtor
and JEFFREY S. PHILLIPS, Debtor

     Debtors,

Epic Aviation, LLC,

     Movant
_____/

Case No: 2:14-mc-22-FtM-38
Bankr. No: 9:06-BK05685-FMD

## ORDER[1]

This matter comes before the Court upon review of the Notice of Pendency. ([Doc. #3](Doc. #3)). There are currently pending or closed five (5) cases that are directly related to the instant case.  Each of the five (5) related cases were all assigned to and presided over by the Honorable John E. Steele. ([Doc. #3](Doc. #3)).  Therefore, pursuant to M.D. Fla. Local Rule 1.04(b), this case is transferred to the Honorable John E. Steele, with his consent.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Clerk of the Court is hereby directed to reassign the case the Honorable John E. Steele with his consent.  The Honorable Sheri Polster Chappell is no longer assigned to this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record